ON REHEARING

PER CURIAM:
James Eric Jones petitions for rehearing of his appeal of the district court’s order denying relief on his 28 U.S.C.A. § 2255 (West Supp.2010) motion. In our prior opinion, we denied a certificate of appeala-bility and dismissed the appeal. In his rehearing petition, Jones correctly notes that the district court granted a certificate of appealability as to all issues raised in his § 2255 motion in its order denying relief on that motion. Accordingly, we grant panel rehearing and vacate our initial opinion.
We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Jones, Nos. 4:06-cr-01238-TLW-1; 4:10-cv-70156-TLW (D.S.C. July 22, 2010). Jones also requested to expand the certificate of appealability to consider additional claims. We grant his request, but conclude that his claims are without merit. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED.